BRIDENBAUGH, Respondent, v. McELRATH, Appellant.

(148 N. W. 18.)

**Appeal—Abandonment of Appeal—Brief—Affirmance.**

Where record on which motion for new trial was made was settled August 30, 1913, appellant having filed no appeal brief or any stipulation, and procured no order extending time for filing brief, **held**, he was in default, and his appeal will be deemed abandoned, and judgment affirmed.

Smith, P. J., and McCoy, J., not sitting.

(Opinion filed July 13, 1914. Rehearing granted August 10, 1914.)

Appeal from Circuit Court, Beadle County. Hon. ALVA E. TAYLOR, Judge.

Action by U. G. Bridenbaugh against C. A. McElrath. From a judgment for plaintiff, defendant appeals. Affirmed.

*Crawford & Warren,* for Appellant.

*Harlan J. Bushfield,* for Respondent.

PER CURIAM. The appeal herein is from the judgment of the trial court. The record upon which motion for a new trial was made was settled August 30, 1913. The appellant has filed no brief upon appeal; neither has he filed any stipulation or procured any order extending his time for filing such brief. The appellant therefore being in default herein, this appeal will be deemed abandoned, and, for that reason, the judgment and order appealed from are affirmed.

SMITH, P. J., and McCOY, J., not sitting.